**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MATT KLINE** | ) |
| | ) |
| Plaintiff | )   **Case Number: 11-cv-0375** |
| | ) |
| vs. | ) |
| | ) |
| **HSBC BANK NEVADA, N.A.** | ) |
| | ) |
| **&** | ) |
| | ) |
| **PEROUTKA & PEROUTKA, P.A.** | ) |
| | ) |
| Defendants | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, MATT KLINE, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
93 Old York Road
Jenkintown, PA  19046
215-745-9800